## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) VICKI JO LEWIS, Individually and as | ) | |
| Co-Personal Representative of the ESTATE OF | ) | |
| ISAIAH MARK LEWIS, deceased; and | ) | |
| (2) TROY LEVET LEWIS, Individually and as | ) | |
| Co-Personal Representative of the ESTATE OF | ) | |
| ISAIAH MARK LEWIS, deceased, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-489-R |
| | ) | |
| (1) CITY OF EDMOND, an Oklahoma Municipal | ) | |
| Corporation; | ) | |
| (2) POLICE SGT. MILO BOX, Individually; and | ) | |
| (3) POLICE OFFICER DENTON SCHERMAN, | ) | |
| Individually, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel of record in this case for Defendant City of

Edmond.

I certify that I am admitted to practice in this Court and that I am registered in this

Court's Electronic Case Filing System.

Respectfully submitted,


 s/Richard E. Hornbeek
Richard E. Hornbeek, OBA # 10855
HORNBEEK VITALI & BRAUN, P.L.L.C.
3711 N. Classen Blvd.
Oklahoma City, OK 73118
hornbeek@hvblaw.com
(405) 236-8600 Telephone
(405) 236-8602 Facsimile
*Attorney for Defendant City of Edmond*

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on the 7th day of August, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

David J. Batton
Law Office of David J. Batton
P.O. Box 1285
303 W. Gray, Suite 304
Norman, OK 73070
dave@dbattonlaw.com
battonlaw@coxinet.net
*Attorney for Plaintiffs*

I hereby further certify that on the 7th day of August, 2019, I served the attached document by U.S. Mail, postage prepaid, on the following, who are not registered participants in the ECF System:

Andrew M. Stroth
Carlton Odim
Action Injury Law Group, LLC
191 North Wacker Drive, Suite 2300
Chicago, IL 60606
astroth@actioninjurylawgroup.com
carlton@actioninjurylawgroup.com
*Attorneys for Plaintiffs*

s/ Richard E. Hornbeek
Richard E. Hornbeek

3