## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) VICKI JO LEWIS, Individually and as Co-Personal Representative of the ESTATE OF ISAIAH MARK LEWIS, deceased; and (2) TROY LEVET LEWIS, Individually and as Co-Personal Representative of the ESTATE OF ISAIAH MARK LEWIS, deceased,<br><br>           Plaintiffs,<br><br>v.<br><br>(1) CITY OF EDMOND, an Oklahoma Municipal Corporation; (2) POLICE SGT. MILO BOX, Individually; and (3) POLICE OFFICER DENTON SCHERMAN, Individually,<br><br>           Defendants. | Case No. CIV-19-489-R |

### ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

    Please enter my appearance as additional counsel of record in this case for Defendant City of Edmond.

    I certify that I am admitted to practice in this Court and that I am registered in this Court's Electronic Case Filing System.

Respectfully submitted,

s/B. Taylor Clark
B. Taylor Clark, OBA # 22524
HORNBEEK VITALI & BRAUN, P.L.L.C.
3711 N. Classen Blvd.
Oklahoma City, OK 73118
clark@hvblaw.com
(405) 236-8600 Telephone
(405) 236-8602 Facsimile
*Attorney for Defendant City of Edmond*

**CERTIFICATE OF SERVICE**

This is to certify that on the 7th day of August, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

David J. Batton
Law Office of David J. Batton
P.O. Box 1285
303 W. Gray, Suite 304
Norman, OK 73070
dave@dbattonlaw.com
battonlaw@coxinet.net
*Attorney for Plaintiffs*

I hereby further certify that on the 7th day of August, 2019, I served the attached document by U.S. Mail, postage prepaid, on the following, who are not registered participants in the ECF System:

Andrew M. Stroth
Carlton Odim
Action Injury Law Group, LLC
191 North Wacker Drive, Suite 2300
Chicago, IL 60606
astroth@actioninjurylawgroup.com
carlton@actioninjurylawgroup.com
*Attorneys for Plaintiffs*

       s/B. Taylor Clark
       B. Taylor Clark