## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) VICKI JO LEWIS, as the CO-PERSONAL REPRESENTATIVE of the ESTATE OF ISAIAH MARK LEWIS, deceased; and (2) VICKI JO LEWIS, as the CO-PERSONAL REPRESENTATIVE of the ESTATE OF ISAIAH MARK LEWIS, deceased, <br><br>  Plaintiffs, <br><br> v. <br><br> (1) CITY OF EDMOND, an Oklahoma Municipal Corporation; (2) POLICE SGT. MILO BOX, individually; and (3) POLICE OFFICER DENTON SHERMAN, individually, <br><br>  Defendants. | Case No.: CIV-19-489-R |

## **ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

COMES NOW Cody J. Cooper and enters his appearance as counsel of record for Defendants Police Sgt. Milo Box and Police Officer Denton Sherman.

I certify that I am admitted to practice in this Court.

DATED: August 8, 2019.

                    Respectfully Submitted,

                    */s/ Cody J. Cooper*
                    Cody J. Cooper, OBA # 31025
                    PHILLIPS MURRAH P.C.
                    Corporate Tower, Thirteenth Floor
                    101 North Robinson
                    Oklahoma City, Oklahoma 73102

\t\t\tTelephone:  405-235-4100
\t\t\tFacsimile:  405-235-4133
\t\t\tcjcooper@phillipmurrah.com
\t\t\t***Attorney for Defendants Police Sgt. Milo Box and Police Officer Denton Sherman***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David J. Batton, OBA #11750
Law Office of David J. Batton
P.O. Box 1285
(303 W. Gray, Suite 304)
Norman, OK 73070
Telephone: (405) 310-3432
Facsimile: (405) 310-2646
dave@dbattonlaw.com
battonlaw@coxinet.net

and via regular mail to:

Andrew M. Stroth (Pro Hac Vice Pending)
Carlton Odim (Pro Hac Vice Pending)
Action Injury Law Group, LLC
191 North Wacker Dr., Suite 2300
Chicago, IL 60606
Telephone: (312) 771-2444
Facsimile: (312) 641-6866
astroth@actioninjurylawgroup.com
carlton@actioninjurylawgoup.com

*Attorneys for Plaintiff*

*/s/ Cody J. Cooper*