## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **(1) VICKI JO LEWIS, Individually and as**<br>**Co-Personal Representative of the ESTATE OF**<br>**ISAIAH MARK LEWIS, deceased; and**<br>**(2) TROY LEVET LEWIS, Individually and as**<br>**Co-Personal Representative of the ESTATE OF**<br>**ISAIAH MARK LEWIS, deceased,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**(1) CITY OF EDMOND, an Oklahoma Municipal**<br>**Corporation;**<br>**(2) POLICE SGT. MILO BOX, Individually; and**<br>**(3) POLICE OFFICER DENTON SCHERMAN,**<br>**Individually,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Case No. CIV-19-489-R**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

The Court reluctantly grants Plaintiff's Motion for Revised Scheduling Order [Doc. 25].

This case has been on file for well over a year and it is apparent that Plaintiffs have done very little to pursue the matter. Additionally, it is apparent that Defendants have had to drag discovery out of Plaintiffs and then, only after repeated phone calls and e-mails. If this continues, the Court will enter sanctions up to and including dismissal of the case.

That being said, the Court finds that there is no indication that a 90-day continuance would prejudice the Defendants and thus it is granted.

If Plaintiffs wish to amend their pleadings, they must do so within 7 days of the date of this Order, without prejudice to Defendants objecting thereto.

The remaining Scheduling Order deadlines are extended as follows:

| | |
|---|---|
| Plaintiff to file final list of expert witnesses-in-chief and provide expert reports | January 4, 2021 |
| Defendants to file final lists of expert witnesses-in-chief and provide expert reports | January 18, 2021 |
| Plaintiff to file final list of witnesses-in-chief, with address and summary of expected testimony for each witness who has not been deposed | January 4, 2021 |
| Defendants to file final lists of witnesses-in-chief, with address and summary of expected testimony for each witness who has not been deposed | January 18, 2021 |
| Plaintiff to file final list of exhibits and provide all listed exhibits | January 4, 2021 |
| Defendants to file final lists of exhibits and provide all listed exhibits | January 18, 2021 |
| Parties to file all objections to a final witness list or to a final exhibit list 14 days after the list is filed | |
| Parties to file all dispositive and *Daubert* motions | February 1, 2021 |
| Parties to complete discovery | March 1, 2021 |
| Designations of deposition testimony to be filed | March 15, 2021 |

| | |
|---|---|
| Objections and counter-designations to be filed | March 22, 2021 |
| Requested voir dire, requested jury instructions and motions in limine | April 1, 2021 |
| Objections to requested voir dire requested jury instructions and motions in limine | April 6, 2021 |
| Final Pretrial Report | April 1, 2021 |

The parties are advised that the trial in this matter will be set on the Court's April 2021 jury-trial docket, which is scheduled to begin April 13, 2021.

**IT IS SO ORDERED** this 12th day of August 2020.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE