## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VICKI JO LEWIS, individually and as<br> co-Personal Representative of the<br>ESTATE OF ISAIAH MARK LEWIS,<br>deceased; and TROY LEVET LEWIS,<br>individually and as co-Representative of<br>the ESTATE OF ISAIAH MARK<br>LEWIS, deceased,<br><br>    **Plaintiff,**<br>**v.**<br><br>CITY OF EDMOND, an Oklahoma<br>Municipal Corporation; POLICE SGT.<br>MILO BOX and POLICE OFFICER<br>DENTON SCHERMAN, individually,<br><br>    **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) **Case No. CIV-19-489-R** ) ) ) ) ) ) |

## <u>ORDER</u>

Plaintiffs are ordered to respond to Defendant's Motion to Dismiss as Sanction
[Doc. 38] within 3 days of the date of this Order.  Defendants are ordered to respond to
Plaintiff's Motion for Leave to File Instanter [Doc. 39] within 3 days of the date of this
Order.

IT IS SO ORDERED this 11th day of January 2021.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**