## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **(1)** VICKI JO LEWIS, Individually and as Co-Personal Representative of the ESTATE OF ISAIAH MARK LEWIS, deceased; and **(2)** TROY LEVET LEWIS, Individually and as Co-Personal Representative of the ESTATE OF ISAIAH MARK LEWIS, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>**(1)** CITY OF EDMOND, an Oklahoma Municipal Corporation ; and, **(2)** POLICE SGT. MILO BOX, individually; and **(3)** POLICE OFFICER DENTON SCHERMAN, Individually,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CIV-19 -489-R |

### CERTIFICATION PURSUANT TO COURT ORDER

The undersigned Plaintiffs' counsel hereby certifies that he reviewed this Court's Order

("The Order") (Doc. 48) with Plaintiffs and explained Plaintiffs' opportunity to exercise option

"1" outlined in The Order.

Dated: January 26, 2021                    Respectfully submitted,


                                           */s/ Andrew M. Stroth*
                                           Andrew M. Stroth, IL Bar # 6276013
                                           Carlton Odim, IL Bar # 6182368
                                           Amanda Yarusso IL Bar # 6280081
                                           Action Injury Law Group, LLC
                                           191 North Wacker Drive Suite 2300
                                           Chicago, IL 60606
                                           (312) 844 4529
                                           (312) 641-6866 (Fax)
                                           *astroth@actioninjurylawgroup.com*
                                           *carlton@actioninjurylawgroup.com*
                                           *amanda@actioninjurylawgroup.com*

and

David J. Batton, OBA #11750
Law Office of David J. Batton
P.O. Box 1285
(330 W. Gray, Suite 304)
Norman, OK 73070
Tel: (405)  310-3432
Fax: (405) 310-2646
dave@dbattonlaw.com
battonlaw@coxinet.net

***Attorneys for Plaintiffs***


**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing document, Certification Pursuant to Court Order, on

January 26, 2021, through the Court's CM/ECF system, thereby causing electronic service on all

parties by their counsel of record.

*/s/ Andrew M. Stroth*