## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Vicky Jo Lewis and Troy Levet Lewis, individually and as co-personal representatives of the Estate of Isaiah Mark Lewis, deceased, | ) ) ) ) |
| Plaintiff(s), | ) |
| | ) |
| v. | )   Case No. CIV-19-489-R |
| City of Edmond, Milo Box, and Denton Scherman, | ) ) ) ) |
| Defendant(s) | ) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff , Vicky Jo Lewis and Troy Levet Lewis .
(Plaintiff/Defendant)        (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Woodrow K. Glass                03/22/2021
Signature                                    Date

Woodrow K. Glass
Print Name

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Ward & Glass, LLP
Firm

1601 36th Ave NW
Address

Norman                OK              73072
City                      State            Zip Code

(405) 360-9700
Telephone

woody@wardglasslaw.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on March 22, 2021 , I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on , I filed the attached document with the Clerk of the Court and served the attached document by on the following, who are not registered participants of the ECF System:

s/ Woodrow K. Glass

s/ Attorney Name