# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VICKI JO LEWIS, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CIV-5:19-CV-489-R |
| | ) |
| CITY OF EDMOND, et al. | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Attorney Amanda S. Yarusso hereby requests that she be given leave to withdraw her attorney appearance for Plaintiffs, Vicki and Troy Lewis. In support of this motion, she states as follows:

1. Amanda Yarusso of the Action Injury Law Group is currently one of the attorneys of record for Plaintiffs.

2. As of May 28, 2021, Ms. Yarusso will no longer be professionally associated with Action Injury Law Group.

3. Accordingly, Ms. Yarusso requests that she be given leave to withdraw her attorney appearance for Plaintiffs.

4. Andrew Stroth and Carlton Odim of the Action Injury Law Group, Woody Glass and Geoffrey Tabor of Ward & Glass, and David Batton will remain attorney of record for Plaintiffs.

WHEREFORE, Amanda S. Yarusso, requests that she be terminated as an attorney of record for Plaintiffs as of May 28, 2021.

Respectfully submitted,

s/ Amanda S. Yarusso

Amanda Yarusso
Action Injury Law Group, LLC
191 North Wacker Drive, Suite 2300
Chicago, IL 60606
amanda@actioninjurylawgroup.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing document and attachments using the CM/ECF electronic filing system thereby causing a copy to be served upon all parties of record by way of the Clerk's electronic filing system on May 26, 2021.

s/ Amanda S. Yarusso