# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **VICKI JO LEWIS, individually and as co-Personal Representative of the ESTATE OF ISAIAH MARK LEWIS, deceased; and TROY LEVET LEWIS, individually and as co-Representative of the ESTATE OF ISAIAH MARK LEWIS, deceased,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**CITY OF EDMOND, an Oklahoma Municipal Corporation; POLICE SGT. MILO BOX and POLICE OFFICER DENTON SCHERMAN, individually,**<br><br>      **Defendants.** | Case No. CIV-19-489-R |

## ORDER

Before the Court is the Motion of Amanda S. Yarusso to withdraw as attorney of record for Plaintiffs [Doc. 79]. After consideration of the motion, the Court finds the Motion should be granted.

IT IS THEREFORE ORDERED that Amanda S. Yarusso is allowed to withdraw as attorney of record for Plaintiffs.

IT IS SO ORDERED this 27th day of May 2021.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE