IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) VICKI JO LEWIS, individually and as co-Personal Representative of the ESTATE OF ISAIAH MARK LEWIS, deceased; and <br> (2) TROY LEVET LEWIS, individually and as co-Representative of the ESTATE OF ISAIAH MARK LEWIS, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> (1) CITY OF EDMOND, OKLAHOMA; <br> (2) POLICE SGT. MILO BOX; AND <br> (3) POLICE OFFICER DENTON SCHERMAN, <br><br> Defendants. | Case No. CIV-19-489-R |

**ORDER**

The plaintiff's Motion [Dkt. 84] for Leave to File Exhibit "PX12" ("Incident Summary - June 22, 2019") to their response to Defendant City of Edmond's Motion for Summary Judgment under seal is granted.

IT IS SO ORDERED this 3rd day of June 2021.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE