IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Date: June 15, 2021

| | |
|---|---|
| Vicky Lewis, et al., | ) |
| Plaintiff(s) | ) |
| vs. | ) Case No. CIV-19-489-R |
| City of Edmond, et al., | ) |
| Defendant(s) | ) |

ENTER ORDER:

The docket call scheduled for Wednesday June 30, 2021, at 10:00 a.m., will be via conference call. Counsel will call into 888-684-8852 and when prompted put in the access code number 1763316 followed by the pound sign.

**IT IS SO ORDERED** this 15th day of June, 2021.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE