## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) VICKI JO LEWIS, Individually and as Co-Personal Representative of the ESTATE OF ISAIAH MARK LEWIS, deceased; and<br>(2) TROY LEVET LEWIS, Individually and as Co-Personal Representative of the ESTATE OF ISAIAH MARK LEWIS, deceased,<br><br>                Plaintiffs,<br><br>v.<br><br>(1) CITY OF EDMOND, an Oklahoma Municipal Corporation;<br>(2) POLICE SGT. MILO BOX, Individually; and<br>(3) POLICE OFFICER DENTON SCHERMAN, Individually,<br><br>                Defendants. | Case No. CIV-19-489-R |

## NOTICE OF APPEAL

Notice is hereby given that Police Officer Denton Scherman, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from an order denying summary judgment [Doc. #108] on the basis of qualified immunity regarding the issue of whether the right was clearly established, entered in this action on July 6, 2021.

Date: July 7, 2021

                                                        Respectfully submitted,

                                                        s/ Kathryn D. Terry
                                                        Kathryn D. Terry, OBA #17151
                                                        Cody J. Cooper, OBA # 31025

<div style="text-align:right">

PHILLIPS MURRAH, P.C.
101 North Robinson, Suite 1300
Corporate Tower
Oklahoma City, Oklahoma 73102
(405) 235-4100 Telephone
(405) 235-4133 Facsimile
kdterry@phillipsmurrah.com
cjcooper@phillipsmurrah.com
*Attorneys for Box & Scherman*

</div>


# **CERTIFICATE OF SERVICE**

  This is to certify that on the 7th day of July, 2021, I electronically transmitted the attached document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David J. Batton
Law Office of David J. Batton
P.O. Box 1285
303 W. Gray, Suite 304
Norman, OK 73070
dave@dbattonlaw.com
battonlaw@coxinet.net
*Attorney for Plaintiffs*


Woodrow K. Glass
Geoffrey A. Tabor
Ward & Glass, LLP
1601 36th Ave. NW
Norman, OK 73072
Tel: (405) 310-3432
Fax: (405) 310-2646
woody@wardglasslaw.com
geoffrey@wardglasslaw.com
*Attorneys for Plaintiffs*


Andrew M. Stroth
Carlton Odim
Action Injury Law Group, LLC
191 North Wacker Drive, Suite 2300
Chicago, IL 60606
astroth@actioninjurylawgroup.com
carlton@actioninjurylawgroup.com
*Attorneys for Plaintiffs*

           s/ Kathryn D. Terry

01654193.DOCX