```
Court Name: Western District of Oklahoma
Division: 5
Receipt Number: OKW500086209
Cashier ID: jschoono
Transaction Date: 07/07/2021
Payer Name: Michelle Munda
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Denton Scherman
 Case/Party: D-OKW-5-19-CV-000489-001
 Amount:         $505.00
--------------------------------
CREDIT CARD
 Amt Tendered:  $505.00
--------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00
```

Denton Scherman

Notice of Appeal
CIV-19-489-R

Return check fee $53